IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-01401-CMA-MJW

RENAY GILMAN,

    Plaintiff,

v.

CONTINENTAL COLLECTION AGENCY, LTD.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Motion to Dismiss With Prejudice (Doc. # 10) signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney fees.

DATED: September __06__, 2013

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge